IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BILL MacCLARENCE, P.E.<br>10840 Glazanof Drive<br>Anchorage, AK 99507,<br><br>v.<br><br>STEPHEN L. JOHNSON, in his official<br>Capacity as Administrator, United States<br>Environmental Protection Agency,<br>Ariel Rios Building<br>1200 Pennsylvania Avenue, N.W.<br>Washington, DC 20460,<br><br>Defendant. | Civil No. 1:07-cv-55 (RWR) |

## MOTION FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 83.2(d), Plaintiff respectfully moves the Court to admit William Eddie *pro hac vice* in the above captioned case.

Mr. Eddie is a member in good standing of the bars of the State of Idaho (#5800) and the State of Oregon (#066860). See Declaration of William Eddie ("Eddie Dec."), attached hereto as Exhibit 1, at p. 1, #1. Mr. Eddie is admitted to practice before the United States District Court for the District of Idaho. He has previously been admitted *pro hac vice* to practice before the United States District Court for the District of Montana. Id..

Mr. Eddie has not previously sought admission to practice *pro hac vice* before the U.S. District Court for the District of Columbia. Id. at p.1, #3.

Mr. Eddie has never been disciplined by any bar. Id. at p.1, #2.

MOTION FOR ADMISSION *PRO HACE VICE* -- 1

Mr. Eddie is familiar with the rules of this Court, the facts of this case, and the pleadings of this case. Id. at pp.1-2, # 4-5. If permitted to appear on behalf of Plaintiff, Mr. Eddie will be associated with the undersigned Robert Ukeiley, who is an active member in good standing of the bar of this Court. Mr. Ukeiley will participate in the preparation and trial of this case to the extent required by the Court.

For the reasons set forth above, Plaintiff respectfully requests that the Court grant this motion for Mr. Eddie to appear *pro hac vice* in all matters in this case.

Respectfully submitted on January 30, 2007,

/s/_____
Robert Ukeiley (MD 14062)
Law Office of Robert Ukeiley
433 Chestnut Street
Berea, KY 40403
Telephone: (859) 986-5402
Facsimile: (859) 986-1299
rukeiley@igc.org
Attorney for Plaintiff

MOTION FOR ADMISSION *PRO HACE VICE* -- 2

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BILL MacCLARENCE, P.E. )<br>10840 Glazanof Drive )<br>Anchorage, AK 99507, )<br>)<br>v. )<br>)<br>STEPHEN L. JOHNSON, in his official )<br>Capacity as Administrator, United States )<br>Environmental Protection Agency, )<br>Ariel Rios Building )<br>1200 Pennsylvania Avenue, N.W. )<br>Washington, DC 20460, )<br>)<br>Defendant. )<br>_____) | Civil No. 1:07-cv-55 (RR) |

### DECLARATION OF WILLIAM M. EDDIE
### IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE*

I, William M. Eddie declare as follows:

1. I am a member in good standing of the bars of the State of Idaho (#5800) and the State of Oregon (#066860). I am also a member in good standing and eligible to practice before the United States District Court for the State of Idaho. I have previously been admitted *pro hac vice* to practice before the United States District Courts for Montana.

2. I have not been disciplined by any bar.

3. I have not previously sought admission to practice *pro hac vice* before the U.S. District Court for the District of Columbia.

4. I am familiar with the facts and issues presented in the above captioned case.

DECLARATION OF WILLIAM EDDIE
IN SUPPORT OF
MOTION FOR ADMISSION *PRO HACE VICE* -- 1

5. I have read and understand the Local Rules for the United States District Court for the District of Columbia, the United States Judicial Code, the Federal Rules of Civil Procedure, and the Code of Professional Responsibility of the District of Columbia Court of Appeals. I will faithfully adhere to these rules.

6. The facts set forth in this declaration are based on my personal knowledge and if called as a witness, I could and would competently testify thereto under oath. As to matters that reflect a matter of opinion, they reflect my personal opinion and judgment upon the matter.

Pursuant to 28 U.S.C. §1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 29th day of January, 2007, in Portland, Oregon.

William M. Eddie (OSB #066860)
Attorney at Law
610 SW Alder St., Suite 910
Portland, OR 97205
Telephone: (503) 542-5245
Facsimile: (503) 225-0276
bill@eddielawfirm.com

DECLARATION OF WILLIAM EDDIE
IN SUPPORT OF
MOTION FOR ADMISSION *PRO HACE VICE* -- 2

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BILL MacCLARENCE, P.E. ) <br> 10840 Glazanof Drive ) <br> Anchorage, AK 99507, ) <br> ) <br> v. ) <br> ) <br> STEPHEN L. JOHNSON, in his official ) <br> Capacity as Administrator, United States ) <br> Environmental Protection Agency, ) <br> Ariel Rios Building ) <br> 1200 Pennsylvania Avenue, N.W. ) <br> Washington, DC 20460, ) <br> ) <br> Defendant. ) | Civil No. 1:07-cv-55 (RWR) |

**[proposed] ORDER**

Upon consideration of Plaintiff's motion to admit William Eddie *pro hac vice*, it is, on this _____ day of _____, 2007, hereby ORDERED that Plaintiff's motion to admit William Eddie *pro hac vice* is GRANTED, and it is hereby FURTHER ORDERED that William Eddie may appear before the Court on all matters concerning the above captioned case.

Dated: _____

_____
RICHARD W. ROBERTS
United States District Judge

[proposed] ORDER -- 1