IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                         )
BILL MacCLARENCE, P.E.      )
10840 Glazanof Drive            )
Anchorage, AK 99507,         )
                                         )
        Plaintiff,                  )
                                         )
v.                                         ) Civ. No. 1:07-cv-55(RWR)
                                         )
STEPHEN L. JOHNSON, in his    )
official capacity as Administrator,  )
United States Environmental       )
Protection Agency,               )
Ariel Rios Building               )
1200 Pennsylvania Avenue, N.W. )
Washington, DC 20460,        )
                                         )
        Defendant.              )
_____)

**PLAINTIFF'S NOTICE OF CHANGE OF ADDRESS OF COUNSEL**

Plaintiff hereby notifies the Court and the parties of the change of address and fax number for the law firm of the Plaintiff's counsel, Robert Ukeiley. The telephone and e-mail remain the same. The new information is:

Law Office of Robert Ukeiley
435R Chestnut Street, Suite 1
Berea, KY 40403
Fax: (866) 618-1017

                        Respectfully submitted,

                        _____
                        Robert Ukeiley
                        (MD14062)
                        Law Office of Robert Ukeiley
                        435R Chestnut Street
                        Suite 1
                        Berea, KY 40403
                        Tel: (859) 986-5402
                        Fax: (866) 618-1017
                        e-mail: rukeiley@igc.org

Dated: Feb. 13, 2007