## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| BILL MACCLARENCE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civ. No. 1:07-cv-00055(RWR) |
| | ) | |
| STEPHEN L. JOHNSON, | ) | |
| Administrator, United States Environmental | ) | |
| Protection Agency | ) | |
| 1200 Pennsylvania Avenue, N.W. | ) | |
| Washington, D.C. 20460 | ) | |
| | ) | |
| Defendant | ) | |

## DEFENDANT'S UNOPPOSED MOTION
## TO EXTEND TIME TO ANSWER

Stephen Johnson, Defendant, hereby moves the Court to extend the time to answer Plaintiff's Complaint until April 23, 2007.  In support of this motion, Defendant states as follows:

1.   On January 22, 2007, Plaintiff served upon Defendant a Complaint for Injunctive and Declaratory Relief.  Pursuant to Fed. R. Civ. P. 12(a)(3)(A), a response to that Complaint was required to be served by March 23, 2007.

2.   The Complaint alleges that Defendant, the Administrator of the United States Environmental Protection Agency ("EPA"), has failed to perform a mandatory duty to respond to a citizen petition pursuant to 42 U.S.C. § 7661d, a provision of the Clean Air Act.  Among the relief sought by the Complaint is an order requiring the Administrator to respond to the petition.

3.  Good cause exists to grant Defendant additional time to answer the Complaint.
    Additional time is expected to permit Defendant to respond to the citizen petition
    that is the subject of the Complaint, or otherwise resolve the dispute without
    further litigation.

4.  Additional time to respond is required because of the multiple layers of EPA
    management review that are involved in responding to citizen petitions submitted
    pursuant to 42 U.S.C. § 7661d.  In particular, § 7661d(b)(2) provides that the
    Administrator may not delegate the duty to respond to citizen petitions submitted
    under that section.  The travel schedules of agency officials during March 2007
    have delayed issuance of an order responding to the petition.

5.  Granting this extension of time will not prejudice any party.  Counsel for
    Defendant has conferred with counsel for Plaintiff, who represent that they will
    not oppose this Motion.

WHEREFORE, Defendant respectfully moves the Court to grant Defendant until April

23, 2007 as the date on which a response is required.

                           Respectfully submitted,

                           MATTHEW J. McKEOWN
                           Acting Assistant Attorney General
                           Environment and Natural Resources Division

                           By: _____
                           DAVID GUNTER
                           United States Department of Justice
                           P.O. Box 23986
                           Washington, DC 20026
                           202-514-3785 (ph)
                           202-514-8865 (fax)
                           David.Gunter2@usdoj.gov

Dated: March 23, 2007

## CERTIFICATE OF SERVICE

I certify that all counsel listed below are registered to receive filings in this case from the Court's electronic filing system, and will receive a copy of this Motion upon its filing.

Robert Ukeiley
Law Office of Robert Ukeiley
433 Chestnut Street
Berea, KY 40403
859-986-5402 (ph)
859-986-1299 (fax)
rukeiley@igc.org

David Gunter

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| BILL MACCLARENCE, | ) |
|  | ) |
| Plaintiff, | ) |
|  | ) |
| v. | )    Civ. No. 1:07-cv-00055 (RWR) |
|  | ) |
| STEPHEN L. JOHNSON, | ) |
| Administrator, United States Environmental | ) |
| Protection Agency | ) |
| 1200 Pennsylvania Avenue, N.W. | ) |
| Washington, D.C. 20460 | ) |
|  | ) |
| Defendant | ) |
|  | ) |

## [PROPOSED] ORDER GRANTING DEFENDANT'S UNOPPOSED
## MOTION TO EXTEND TIME TO ANSWER

Upon consideration of Defendant's Motion to Extend Time to Answer, and upon counsel's representation that the Motion is unopposed, and finding that good cause exists to grant the Motion:

Defendant's Unopposed Motion to Extend Time to Answer is hereby GRANTED, and it is ORDERED that Defendant's response to Plaintiff's Complaint must be served on or before April 23, 2007.

SO ORDERED.

_____
Hon. Richard W. Roberts
United States District Judge