UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BILL MACCLARENCE,<br><br>　　　Plaintiff,<br><br>　　　v.<br><br>STEPHEN L. JOHNSON,<br>Administrator, United States Environmental<br>Protection Agency<br>1200 Pennsylvania Avenue, N.W.<br>Washington, D.C. 20460<br><br>　　　Defendant | Civ. No. 1:07-cv-00055(RWR) |

**DEFENDANT'S SECOND UNOPPOSED MOTION
TO EXTEND TIME TO ANSWER**

Stephen Johnson, Defendant, hereby moves the Court to extend the time to answer Plaintiff's Complaint until May 23, 2007. In support of this motion, Defendant states as follows:

1. On January 22, 2007, Plaintiff served upon Defendant a Complaint for Injunctive and Declaratory Relief. Pursuant to Fed. R. Civ. P. 12(a)(3)(A), a response to that Complaint was required to be served by March 23, 2007. By granting a prior Motion, the Court has extended that time until April 23, 2007.

2. The Complaint alleges that Defendant, the Administrator of the United States Environmental Protection Agency ("EPA"), has failed to perform a mandatory duty to respond to a citizen petition pursuant to 42 U.S.C. § 7661d, a provision of the Clean Air Act. Among the relief sought by the Complaint are an order requiring the Administrator to respond to the petition and an award of attorneys'

fees.

3. Good cause exists to grant Defendant additional time to answer the Complaint. Additional time is expected to permit Defendant to forward notice to the Federal Register of the Administrator's response to the citizen petition. Additional time is also expected to permit the parties to attempt negotiation of a resolution of the attorneys' fee issue that is raised in the Complaint.

4. Granting this extension of time will not prejudice any party. Counsel for Defendant has conferred with counsel for Plaintiff, who represent that they will not oppose this Motion.

WHEREFORE, Defendant respectfully moves the Court to grant Defendant until May 23, 2007 as the date on which a response is required.

Respectfully submitted,

By: _____
DAVID GUNTER
Environmental Defense Section
United States Department of Justice
P.O. Box 23986
Washington, DC 20026
202-514-3785 (ph)
202-514-8865 (fax)
David.Gunter2@usdoj.gov

Dated: April 23, 2007

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BILL MACCLARENCE,<br><br>   Plaintiff,<br><br>v.<br><br>STEPHEN L. JOHNSON,<br>Administrator, United States Environmental<br>Protection Agency<br>1200 Pennsylvania Avenue, N.W.<br>Washington, D.C. 20460<br><br>   Defendant | Civ. No. 1:07-cv-00055 (RWR) |

**[PROPOSED] ORDER GRANTING DEFENDANT'S SECOND
UNOPPOSED MOTION TO EXTEND TIME TO ANSWER**

Upon consideration of Defendant's Motion to Extend Time to Answer, and upon counsel's representation that the Motion is unopposed, and finding that good cause exists to grant the Motion:

Defendant's Unopposed Motion to Extend Time to Answer is hereby GRANTED, and it is ORDERED that Defendant's response to Plaintiff's Complaint must be served on or before May 23, 2007.

   SO ORDERED.

_____
Hon. Richard W. Roberts
United States District Judge

## CERTIFICATE OF SERVICE

      I certify that all counsel listed below are registered to receive filings in this case from the Court's electronic filing system, and will receive a copy of this Motion upon its filing.

Robert Ukeiley
Law Office of Robert Ukeiley
433 Chestnut Street
Berea, KY 40403
859-986-5402 (ph)
859-986-1299 (fax)
rukeiley@igc.org

                                                                                _____
                                                                                David Gunter