UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BILL MACCLARENCE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civ. No. 1:07-cv-00055(RWR) |
| ) | |
| STEPHEN L. JOHNSON, ) | |
| Administrator, United States Environmental ) | |
| Protection Agency ) | |
| 1200 Pennsylvania Avenue, N.W. ) | |
| Washington, D.C. 20460 ) | |
| ) | |
| Defendant ) | |

**STIPULATION OF PARTIAL DISMISSAL**

Pursuant to Fed. R. Civ. P. 41, the parties stipulate that plaintiff's claim that defendant failed to perform a nondiscretionary duty to grant or deny his petition for an objection to a Title V permit issued by the State of Alaska to BP Exploration (Alaska), Inc. for Gathering Center #1 at Prudhoe Bay, Alaska, no later than 60 days after plaintiff filed his petition should be dismissed as moot. Defendant took action on that petition on April 20, 2007, fulfilling the nondiscretionary duty that is the subject of plaintiff's claim. This stipulation does not affect the plaintiff's claim for costs of litigation (including attorneys fees) pursuant to 42 U.S.C. § 7604(d). Pursuant to Fed. R. Civ. P. 54(b), this stipulation does not constitute final judgment.

Counsel for plaintiffs has authorized defense counsel to sign on his behalf.

SO STIPULATED:

| | |
|---|---|
| /s/ Robert Ukeiley *(DG by permission)* | /s/ David Gunter |
| ROBERT UKEILEY (MD14062) | DAVID GUNTER |
| Law Office of Robert Ukeiley | Environmental Defense Section |
| 435R Chestnut Street, Ste. 1 | United States Department of Justice |
| Berea, KY 40403 | P.O. Box 23986 |
| Tel: (859) 986-5402 | Washington, D.C. 20026 |
| E-mail: rukeiley@igc.org | Telephone: (202) 514-3785 |
| | Fax: (202) 514-8865 |
| WILLIAM M. EDDIE | E-mail: David.Gunter2@usdoj.gov |
| Admitted Pro Hac Vice | |
| 610 SW Alder St., Suite 910 | Counsel for Defendant |
| Portland, OR 97205 | |
| Tel: (503) 542-5245 | |
| Fax: (503) 225-0276 | |
| E-mail: bill@eddielawfirm.com | |

Counsel for Plaintiff

Dated: May 21, 2007