## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BILL MACCLARENCE, )<br><br>Plaintiff, )<br><br>v. )<br><br>STEPHEN L. JOHNSON,<br>Administrator, United States Environmental<br>Protection Agency<br>1200 Pennsylvania Avenue, N.W.<br>Washington, D.C. 20460 )<br><br>Defendant ) | Civ. No. 1:07-cv-00055(RWR) |

### DEFENDANT'S UNOPPOSED MOTION TO EXTEND TIME TO RESPOND TO
### PLAINTIFF'S MOTION TO AWARD ATTORNEY'S FEES AND COSTS

Stephen Johnson, Defendant, hereby moves the Court for a 30-day extension of time to

file a response to Plaintiffs' Motion to Award Attorneys' Fees and Costs, filed June 21, 2007 (the

"Fee Motion"). Pursuant to the Federal Rules of Civil Procedure and the Local Rules,

Defendant's response to the Fee Motion would ordinarily be due on July 5, 2007. Under

Defendant's requested extension, that response would be due on August 6, 2007.

Defendant believes that a 30-day extension is reasonable and not excessive in light of the

undersigned counsel's demanding schedule in the next month.[1] The undersigned counsel is

planning to defend the depositions of EPA employees in the defense of a major environmental

program against a constitutional challenge on June 26, 28, and July 11, with preparation sessions

---

[1]    The undersigned counsel is the trial attorney assigned to this case on behalf of the United
States and is the only attorney to have appeared on behalf of Defendant.

on separate days for each deposition. In that same case, he also must prepare and take the deposition of an expert witness in a technical field on July 20. The undersigned counsel must resolve or respond to a substantial claim for attorneys' fees, in a case in this Court encompassing five years of litigation, by June 29. He has a planned seven-day vacation from June 29 through July 6. Finally, the undersigned counsel has a merits brief due in a case in the U.S. Court of Appeals for the Third Circuit on July 16. The requested 30-day extension would permit counsel to complete some of these commitments before responding to the Fee Motion, without jeopardizing a long-planned vacation.

Defendant also believes that Plaintiff will not be prejudiced by the requested extension. Plaintiff has already received the substantive relief that he sought in his Complaint. *See* Fee Motion at 9. It is also Defendant's understanding that Plaintiff has not personally incurred any expenses for attorneys' fees, since Plaintiff's counsel did not charge Plaintiff any fees in this litigation. *See id.* at 16.

The undersigned counsel sought Plaintiff's consent to the requested extension, on the basis of the facts stated above concerning counsel's schedule. Plaintiff's counsel requested that Defendant include in this Motion the following statement of Plaintiff's position: "In an effort to save judicial resources, Plaintiff does not oppose this motion. However, a 30-day extension is excessive and will prejudice Plaintiff."

WHEREFORE, Defendant respectfully moves the Court to grant Defendant until August 6, 2007 to respond to Plaintiff's Fee Motion.

Respectfully submitted,


By: _David Gunter_____

DAVID GUNTER
Environmental Defense Section
United States Department of Justice
P.O. Box 23986
Washington, DC 20026
202-514-3785 (ph)
202-514-8865 (fax)
David.Gunter2@usdoj.gov

Dated: June 22, 2007

## CERTIFICATE OF SERVICE

I certify that the following counsel is registered to receive filings in this case from the Court's electronic filing system, and will receive a copy of this Motion upon its filing.

Robert Ukeiley
Law Office of Robert Ukeiley
433 Chestnut Street
Berea, KY 40403
859-986-5402 (ph)
859-986-1299 (fax)
rukeiley@igc.org

I further certify that notice of this Motion will be delivered via first-class U.S. Mail, sent on June 22, 2007, to the following counsel:

William M. Eddie
610 SW Alder Street
Suite 910
Portland, OR 97205
(503) 542-5245
(503) 225-0276 (fax)

David Gunter