```
                    UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF COLUMBIA
```

|  |  |
|---|---|
| **BILL MACCLARENCE,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 07-0055 (RWR) |
| ) | |
| **STEPHEN L. JOHNSON,** ) | |
| ) | |
| Defendant. ) | |

### ORDER

In light of the October 23, 2007 referral of plaintiff's motion [13] for attorneys' fees to Magistrate Judge Facciola, it is hereby

ORDERED that on or before February 20, 2008, the parties file a joint report indicating whether they consent to referral of the motion for a final decision by the magistrate judge rather than for a report and recommendation.

SIGNED this 6th day of February, 2008.

```
                              _____/s/_____
                              RICHARD W. ROBERTS
                              United States District Judge
```