UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BILL MACCLARENCE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civ. No. 1:07-cv-00055(RWR) |
| ) | |
| STEPHEN L. JOHNSON, ) | |
| Administrator, United States Environmental ) | |
| Protection Agency ) | |
| 1200 Pennsylvania Avenue, N.W. ) | |
| Washington, D.C. 20460 ) | |
| ) | |
| Defendant ) | |

**JOINT REPORT REGARDING ASSIGNMENT TO MAGISTRATE JUDGE**

Pursuant to the Court's February 6, 2008 order, the parties hereby notify the Court that they consent to referral of Plaintiff's Motion [13] for Attorneys' Fees for a final decision by the magistrate judge rather than for a report and recommendation

SO STIPULATED:

/s Robert Ukeiley                              /s David Gunter (with permission RU)
_____                    _____

ROBERT UKEILEY (MD14062)        DAVID GUNTER
Law Office of Robert Ukeiley                 Environmental Defense Section
435R Chestnut Street, Ste. 1                United States Department of Justice
Berea, KY 40403                                 P.O. Box 23986
Tel: (859) 986-5402                             Washington, D.C. 20026
E-mail: rukeiley@igc.org                    Telephone: (202) 514-3785
                                                          Fax: (202) 514-8865
WILLIAM M. EDDIE                              E-mail: David.Gunter2@usdoj.gov
Admitted Pro Hac Vice
610 SW Alder St., Suite 910                Counsel for Defendant

1

Portland, OR 97205
Tel: (503) 542-5245
Fax: (503) 225-0276
E-mail: bill@eddielawfirm.com

Counsel for Plaintiff

Dated: February 19, 2008