UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**BILL MacCLARENCE, P.E.,**

    **Plaintiff,**

    **v.**                                      CA No. 07-55 (RWR/JMF)

**STEPHEN L. JOHNSON, in his official
Capacity as Administrator, United States
Environmental Protection Agency,**

    **Defendant.**

**ORDER**

In accordance with the accompanying Memorandum Opinion, it is, hereby,

**ORDERED** that Plaintiff's Motion for Award of Attorneys' Fees and Costs, and Memorandum in Support [#13] is **GRANTED.**

    **SO ORDERED.**


                                                        /S/
                                       **JUDGE JOHN M. FACCIOLA**
**March 17, 2008**                      **UNITED STATES MAGISTRATE JUDGE**