UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

BILL MacCLARENCE, P.E.,

    Plaintiff,

v.

STEPHEN L. JOHNSON, in his official
Capacity as Administrator, United States
Environmental Protection Agency,

    Defendant.

Civil Action No. 07-55 (JMF)

**FILED**

MAR 1 7 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## JUDGMENT

This action came for resolution before the Court, the Honorable John M. Facciola presiding, and the issues having been considered,

It is **ORDERED** and **ADJUDGED** that, in accordance with the Memorandum Opinion and Order issued herein, the defendant pay plaintiff $18,326.00 in attorney fees and $385.50 in costs.

**SO ORDERED.**

_____
Clerk of the Court

Dated: 3/17/08