UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| BILL MACCLARENCE, | ) |
| Plaintiff, | ) |
| v. | ) Civ. No. 1:07-cv-00055(RWR) |
| STEPHEN L. JOHNSON, Administrator, United States Environmental Protection Agency | ) |
| Defendant | ) |

**NOTICE OF APPEAL**

Notice is hereby given that Defendant Stephen L. Johnson, Administrator of the United States Environmental Protection Agency ("EPA"), hereby appeals to the United States Court of Appeals for the District of Columbia Circuit from the Court's Order and Judgment entered on March 17, 2008.

Respectfully submitted,

RONALD J. TENPAS
Assistant Attorney General
Environment & Natural Resources Division

 /s/ *David Gunter*
DAVID GUNTER
United States Department of Justice
Environmental Defense Section
P.O. Box 23986
Washington, D.C. 20026-3986
Phone (202) 514-3785
david.gunter2@usdoj.gov

Dated: May 16, 2008