# United States Court of Appeals
## FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

**No. 08-5160**

**September Term 2007**

**1:07-cv-00055-JMF**

**Filed On: September 2, 2008** [1135988]

Bill MacClarence, P.E.,

    Appellee

    v.

Stephen L. Johnson, in his official capacity
as Administrator, United States
Environmental Protection Agency,

    Appellant

## O R D E R

Upon consideration of appellant's motion for voluntary dismissal, it is

**ORDERED** that the motion be granted, and this case is hereby dismissed.

The Clerk is directed to transmit forthwith to the United States District Court for
the District of Columbia a certified copy of this order in lieu of formal mandate.

**FOR THE COURT:**
Mark J. Langer, Clerk

BY:   /s/
     Mark A. Butler
     Deputy Clerk